# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2722

_____

Conoco Pipe Line Company, Inc.,     *
    *
         Appellant,     *    Appeal from the United States
    *    District Court for the Western
      v.     *    District of Missouri.
    *
Transmontaigne Pipeline, Inc.,     *       [UNPUBLISHED]
    *
         Appellee.     *

_____

Submitted: March 13, 2000

Filed: March 23, 2000

_____

Before MORRIS SHEPPARD ARNOLD and FAGG, Circuit Judges, and BENNETT,[*] District Judge.

_____

PER CURIAM.

      Following a bench trial, Conoco Pipe Line Company, Inc. (Conoco) raises a variety of contentions in this appeal related to the district court's rejection of Conoco's claims for dissolution of its partnership with Transmontaigne Pipeline, Inc. for breach of fiduciary duty, for breach of the parties' partnership agreement, and for an accounting. Because this is a diversity case, we review de novo questions of state law.

_____

[*]The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa, sitting by designation.

Having considered the record and the parties' briefs in the context of Conoco's contentions, we are satisfied the district court correctly applied controlling state law and the record supports the district court's decision. We also conclude that a comprehensive opinion in this diversity case would lack precedential value. We thus affirm on the basis of the district court's decision without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.